IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARVIN GREEN, ANTHONY HERVEY, JAMES JONES, KENDRICK MERRITT, NATHANIEL WILMOTH, THOMAS PRUITT, and JEFFREY COFFEY,<br><br>Plaintiffs,<br><br>v.<br><br>TONY PARKER, F/N/U SELLERS, AND TAUREAN JAMES,<br><br>Defendants. | No. 2:20-cv-02781-JTF-atc |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO AMEND (ECF NO. 35)**

Before the Court for consideration is Marvin Green's and Nathaniel Wilmoth's motion for extension of time to amend the complaint. (ECF No. 35 (Motion for Extension).) For the reasons explained below, the Motion for Extension is granted.

**I.   DISCUSSION**

On February 12, 2021, this Court entered an order: denying Marvin Green's, Nathaniel Wilmoth's, and Thomas Pruitt's motion for class certification; denying their motion for reconsideration; and granting their January 25, 2021 motion for extension to amend their claims. (ECF No. 34.) Their deadline to amend expired on Friday, March 5, 2021.

On March 8, 2021, Green and Wilmoth filed the instant Motion in order to request a 20-day extension "because the mail [enclosing the February 12, 2021 order] was received [from the Clerk of Court] on Monday, March 2, 2021." (ECF No. 35 at PageID 209.)

Given that: Green and Wilmoth are appearing *pro se*; they have previously demonstrated interest in pursuing their claims in compliance with the Court's orders (*see*, *e.g.*, ECF Nos. 9, 12, 13, 14 & 28); and nothing in the record suggests that the minor mail-receipt delay they allege (*see* ECF No. 35 at PageID 209) is suspect, the Court finds good cause for extending Green and Wilmoth's deadline to amend. The Extension Motion (ECF No. 35) is **GRANTED**. Any amendment must be filed on or before **Friday, March 26, 2021**. Such amendment must be filed under the terms set forth in the prior Order (ECF No. 26 at PageID 91).

Nothing in this order shall be construed as extending Pruitt's March 5, 2021 deadline to amend as set forth in the February 12, 2021 order. Pruitt did not join in the Motion for Extension (*see* ECF No. 35 at PageID 209). He has not amended his claims in accordance with the February 12, 2021 order and has not timely moved for an extension to do so.

**IT IS SO ORDERED**, this 11th day of March, 2021.

                                        *s/John T. Fowlkes, Jr.*
                                        JOHN T. FOWLKES, JR.
                                        UNITED STATES DISTRICT JUDGE