IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARVIN GREEN, ANTHONY HERVEY, JAMES JONES, KENDRICK MERRITT, NATHANIEL WILMOTH, THOMAS PRUITT, and JEFFREY COFFEY,<br><br>Plaintiffs,<br><br>v.<br><br>TONY PARKER, F/N/U SELLERS, AND TAUREAN JAMES,<br><br>Defendants. | No. 2:20-cv-02781-JTF-atc |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Denying Motion For Extension Of Time To Amend, Dismissing Proposed Amended Complaint As Untimely, Denying Leave To Amend, Dismissing Case, Certifying That An Appeal Would Not Be Taken In Good Faith, Denying Leave To Appeal *In Forma Pauperis*, And Recommending That This Dismissal Be Treated As A Strike Under 28 U.S.C. § 1915(g), which was entered on August 27, 2021.

**IT IS SO ORDERED**, this 27th day of August 2021.

APPROVED:

| | |
|---|---|
| s/John T. Fowlkes, Jr. | THOMAS M. GOULD |
| JOHN T. FOWLKES, JR. | CLERK |
| UNITED STATES DISTRICT JUDGE | |
| | |
| August 27, 2021 | s/Kristen Polovoy |
| DATE | (BY) LAW CLERK |